**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :    No. 33 WAL 2019

         Respondent              :

                                      :    Petition for Allowance of Appeal from

             v.                      :    the Order of the Superior Court

JAMES W. VANDIVNER,               :

         Petitioner                :


## ORDER


**PER CURIAM**

     **AND NOW**, this 22nd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.


      Justice Wecht did not participate in the consideration or decision of this matter.